

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2019

No. 04-19-00466-CR

Scott Ralph **WHEELOCK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B18291
Honorable Rex Emerson, Judge Presiding

# O R D E R

On November 8, 2019, we abated this appeal to the trial court to permit the trial court to conduct a hearing to determine: (1) whether appellant desires to prosecute his appeal; (2) whether appellant wishes to waive his right to appointed counsel and proceed with his appeal pro se; (3) whether the waiver of assistance of counsel is made voluntarily, knowingly, and intelligently; (4) whether appellant's decision to proceed pro se is in the best interest of appellant and of the State; and (5) whether appellant is fully aware of the dangers and disadvantages of self-representation. We suspended all appellate deadlines pending further order of this court.

On November 26, 2019, the trial court reporter filed in our court a reporter's record of the hearing, and on December 2, 2019, the trial court clerk filed in our court a supplemental clerk's record containing the trial court's findings of fact. The record shows that, on November 26, 2019, the trial court entered the following findings: (1) appellant desires to prosecute his appeal; (2) appellant wishes to proceed with his appeal pro se; (3) appellant's waiver of assistance of counsel is made voluntarily, knowingly and intelligently; (4) appellant is fully aware of the dangers and disadvantages of self-representation; and (5) it is in the best interest of appellant and the State that appellant proceed with his appeal pro se.

Accordingly, it is ORDERED that appellant is allowed to proceed with his appeal pro se. It is further ORDERED that the District Clerk of Kerr County shall prepare and send a full and complete duplicate copy of the clerk's record and the reporter's record for Cause No. B18291 to appellant Scott Ralph Wheelock, # 02831883 / TDCJ no. 02270570, Wynne Unit, 810 FM 2821, Huntsville, TX 77349, no later than December 27, 2019. The district clerk is ORDERED to file

written proof with this court showing the date that a copy of the record has been sent to appellant no later than December 27, 2019.

It is further ORDERED that the following motions are denied as moot: (1) appellant's "Motion for Request of Transcripts of November 22, 2019 and Notice of Change of Address;" (2) appellant's "Motion for Change of Address and Motion for Request of Transcripts;" (3) the State's "Motion for Stay Briefing Schedule;" (4) appellant's "Motion of Notice of Error(s) and for Attachment of Appellant's Brief;" appellant's "Motion for Attorney to Show Authority;" (5) appellant's "Motion for Consideration of Additional Damages;" and (6) appellant's "Motion for Affirmance with Damages." Further it is ORDERED that appellant's brief filed on September 30, 2019, while appellant was represented by counsel, is stricken from our record.

It is further ORDERED that appellant's pro se brief is due January 31, 2020. Appellant is reminded that his brief must comply with Texas Rule of Appellate Procedure 38.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court